■ ROSE MARY RONAN, Respondent, v GLENN E. WALDRON, Appellant. [614 NYS2d 957] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Graney, J. (Appeal from Order of Supreme Court, Genesee County, Graney, J.—Set Aside Verdict.) Present—Pine, J. P., Lawton, Callahan, Doerr and Davis, JJ.